**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6616**

---

LABARRY ANDRE BEELER,

                                        Plaintiff - Appellant,

        versus

RONALD J. ANGELONE,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-01-85-7)

---

Submitted:  August 23, 2001          Decided:  August 30, 2001

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Labarry Andre Beeler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Labarry Andre Beeler appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Beeler v. Angelone</u>, No. CA-01-85-7 (W.D. Va. Mar. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2